**Order entered September 8, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00803-CV

## IN THE INTEREST OF A.M.G., I.V.G., AND E.G., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17718**

## ORDER

Appellant filed this appeal as an accelerated appeal on June 20, 2014, making the appellate record due July 1, 2014. *See* TEX. R. APP. P. 35.1(b). On August 6, 2014, after being informed by the court reporter that the reporter's record had not been filed because appellant had not requested the record or made arrangements to pay the reporter's fee, and after giving appellant three weeks to cure, we ordered the appeal submitted without the reporter's record. *See id.* 37.3(c). We also ordered the Dallas County District Clerk to file the clerk's record, which we considered overdue. After the clerk's record was filed, we determined the appeal is not accelerated and the record is not due until September 17, 2014. *See id.* 35.1(a). Accordingly, we **VACATE** our August 6th order. We further **ORDER** appellant to file, no later than September 15, 2014, written verification he has requested preparation of the reporter's record and has paid or made arrangements to pay the reporter's fee. We caution appellant that failure to comply could result again in submission of the appeal without the reporter's record.

/s/     ELIZABETH LANG-MIERS
        JUSTICE